*In re* **MENEGAS**, Sam V. (MR 21124)
Hinsdale, IL

Order of the Court:

The petitions by respondent Sam V. Menegas and the Administrator of the Attorney Registration and Disciplinary Commission for leave to file excep-

tions to the report and recommendation of the Review Board are allowed. Respondent is disbarred.